** E-filed July 16, 2010 **

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| U.S. PHILIPS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 5:10-cv-02623-HRL<br><br>[~~PROPOSED~~] **ORDER GRANTING EXTENDED TIME FOR ANSWER**<br><br>**MAGISTRATE JUDGE: HOWARD R. LLOYD**<br>**Courtroom: 2**<br>**Complaint filed: June 15, 2010**<br>**Trial Date: TBD**<br><br>**DEMAND FOR JURY TRIAL** |

ORDER PURSUANT TO STIPULATION OF THE PARTIES, and good cause showing therefore, IT IS HEREBY ORDERED as follows:

The parties' stipulated request for an order extending time is GRANTED.

The deadline for Defendants to file a responsive pleading in this matter shall be extended from July 8, 2010, until August 30, 2010.

The last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

- File ADR Certification signed by Parties and counsel; and

- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

Case No. 5:10-cv-02623-HRL     - 1 -     [~~PROPOSED~~] ORDER GRANTING EXTENDED TIME FOR ANSWER

DM_US:23356086_1

1 | shall be extended from August 10, 2010, until  September 28, 2010  .

2 |     The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule

3 | 26(f), and file Case Management Statement per Standing Order re Contents of Joint Case Management

4 | Statement shall be extended from August 24, 2010, until  October 12, 2010  .

5 |     The INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 5th Floor SJ

6 | shall be extended from August 31, 2010 at 1:30 p.m., until  October 19, 2010  at  1:30 p.m.  .

9 | DATED: July 16, 2010

    HONORABLE HOWARD R. LLOYD
    United States Magistrate Judge

Case No. 5:10-cv-02623-HRL     - 2 -     [PROPOSED] ORDER GRANTING EXTENDED TIME FOR ANSWER

DM_US:23356086_1