# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| U.S. PHILIPS CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PALM, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 5:10-cv-02623-HRL <br><br> **[PROPOSED] ORDER GRANTING EXTENDED TIME FOR ANSWER** <br><br> **MAGISTRATE JUDGE: HOWARD R. LLOYD** <br> **Courtroom: 2** <br> **Complaint filed: June 15, 2010** <br> **Trial Date: TBD** <br><br> **DEMAND FOR JURY TRIAL** |

ORDER PURSUANT TO STIPULATION OF THE PARTIES, and good cause showing therefore, IT IS HEREBY ORDERED as follows:

The parties' August 27, 2010 Second Stipulation and Request for Order to Extend Time for Answer is GRANTED.

The deadline for Defendant to file a responsive pleading in this matter shall be extended from August 30, 2010, until September 29, 2010.

The last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

- File ADR Certification signed by Parties and counsel; and

| Case No. 5:10-cv-02623-HRL | - 1 - | [PROPOSED] ORDER GRANTING EXTENDED TIME FOR ANSWER |
|---|---|---|

DM_US:23418705.1

1     •  File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended from September 28, 2010, until __10/27/10__.

The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f), and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement shall be extended from October 12, 2010, until __11/12/10__.

The INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 5th Floor San Jose, CA shall be extended from October 19, 2010 at 1:30 p.m., until __12/16/10 @ 2:30 p.m.__ at _____.

DATED:_____       _____

                                    HONORABLE HOWARD R. LLOYD
                                    United States Magistrate Judge