UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. PHILIPS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 5:10-cv-02623-SI<br><br>**[PROPOSED] ORDER GRANTING EXTENDED TIME FOR ANSWER**<br><br>**JUDGE: HONORABLE SUSAN ILLSTON**<br>**Courtroom: 10**<br>**Complaint filed: June 15, 2010**<br>**Trial Date: TBD**<br><br>**DEMAND FOR JURY TRIAL** |

ORDER PURSUANT TO STIPULATION OF THE PARTIES, and good cause showing therefore, IT IS HEREBY ORDERED as follows:

The parties' September 27, 2010 Third Stipulation and Request for Order to Extend Time for Answer is GRANTED.

The deadline for Defendant to file a responsive pleading in this matter shall be extended from September 29, 2010, until October 21, 2010.

The last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

- File ADR Certification signed by Parties and counsel; and

| Case No. 5:10-cv-02623-SI | - 1 - | [PROPOSED] ORDER GRANTING EXTENDED TIME FOR ANSWER |
|---|---|---|

23470742_1.DOC

1  • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference
2     shall be extended from October 27, 2010, until __11/22/10_____.
3     The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule
4  26(f), and file Case Management Statement per Standing Order re Contents of Joint Case Management
5  Statement shall be extended from November 12, 2010, until _____1/7/11_____.
6     The INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 10, 19th Floor
7  Federal Building shall be extended from December 16, 2010 at 2:30 p.m., until
8  _____1/14/11 @ at 2:30 p.m._____.

11  DATED:_____            _____[signature: Susan Illston]_____
12                                             HONORABLE SUSAN ILLSTON
                                              United States District Judge

Case No. 5:10-cv-02623-SI            - 2 -            [PROPOSED] ORDER GRANTING
                                                     EXTENDED TIME FOR ANSWER

23470742_1.DOC