Alan Grimaldi (*Pro Hac Vice*)
Brian Rosenthal (*Pro Hac Vice*)
Brian K. Andrea (*Pro Hac Vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300
agrimaldi@mayerbrown.com
brosenthal@mayerbrown.com
bandrea@mayerbrown.com

Michael A. Molano (SBN 171057)
MAYER BROWN LLP
Two Palo Alto Square
Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-4540
mmolano@mayerbrown.com

Attorneys for Plaintiff,
U.S. PHILIPS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. PHILIPS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PALM, INC.,<br><br>　　　　　Defendant | Case No. 3:10-CV-02623-SI<br><br>**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PALM, INC. AND [PROPOSED] ORDER**<br><br>**JUDGE:**  HONORABLE SUSAN ILLSTON<br>**COURTROOM:**  10<br>**COMPLAINT FILED:** June 15, 2010<br>**TRIAL DATE:**  TBD<br><br>**DEMAND FOR JURY TRIAL** |

JOINT STIPULATION OF DISMISSAL OF CLAIMS
WITH  PREJUDICE BETWEEN PLAINTIFF
AND PALM, INC. AND [PROPOSED ] ORDER

CASE NO. 3:10-CV-02623-SI

1      Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, U.S. Philips Corporation ("Philips") and Palm, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

   1.   On June 15, 2010, Philips filed this action in the United States District Court for the Northern District of California asserting claims of patent infringement under U.S. Patent No. 4,901,075.

   2.   On October 21, 2010, Palm, Inc. filed its Answer and Counterclaims.

   3.   Philips and Palm, Inc. have now reached an agreement to settle their differences related to the above-captioned action.

   4.   All claims Philips asserted against Palm, Inc. in the above-captioned action are hereby dismissed with prejudice.

   5.   All counterclaims Palm, Inc. asserted against Philips in the above-captioned action are hereby dismissed with prejudice.

   6.   Philips and Palm, Inc. each shall bear their own costs and attorneys' fees in connection with the above-captioned action.

Dated: July 11, 2011                **MAYER BROWN LLP**

                                    By: /s/ Michael A. Molano
                                        Michael A. Molano

                                    Michael A. Molano (SBN 171057)
                                    mmolano@mayerbrown.com
                                    MAYER BROWN LLP
                                    Two Palo Alto Square
                                    Suite 300
                                    3000 El Camino Real
                                    Palo Alto, CA  94306-2112
                                    Telephone: (650) 331-2000
                                    Facsimile:  (650) 331-4540

                                    Alan Grimaldi (*Pro Hac Vice*)
                                    Brian Rosenthal (*Pro Hac Vice*)
                                    Brian K. Andrea (*Pro Hac Vice*)
                                    MAYER BROWN LLP
                                    1999 K Street, N.W.
                                    Washington, DC  20006-1101

| | |
|---|---|
| 1 | Telephone: (202) 263-3000 |
| 2 | Facsimile: (202) 263-3300 |
| | agrimaldi@mayerbrown.com |
| | brosenthal@mayerbrown.com |
| 3 | bandrea@mayerbrown.com |
| 4 | Attorneys for Plaintiff |
| 5 | U.S. PHILIPS CORPORATION |

Dated: July 11, 2011                **FEINBERG DAY ALBERTI**
                                                   **& THOMPSON LLP**


By: /s/ M. Elizabeth Day
         M. Elizabeth Day

M. Elizabeth Day (SBN 177125)
eday@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI
   & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618-4360
Facsimile: (650) 618-4368


Attorneys for Defendant,
PALM, INC.

-2-

CASE NO. 3:10-CV-02623-SI

JOINT STIPULATION OF DISMISSAL OF CLAIMS
WITH PREJUDICE BETWEEN PLAINTIFF
AND PALM, INC. AND [PROPOSED ] ORDER

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Michael A. Molano, am the ECF User and whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with General Order No. 45, X.B., I attest that M. Elizabeth Day has concurred in this filing.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct

Dated: July 11, 2011                              /s/ Michael A. Molano
                                                  Michael A. Molano

**PURSUANT TO STIPULATION, ALL CLAIMS PHILIPS ASSERTED AGAINST PALM, INC. AND ALL COUNTERCLAIMS PALM, INC. ASSERTED AGAINST PHILIPS IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE**

IT IS SO ORDERED.

DATED: 7/12/11

_____
Honorable Susan Illston
United States District Judge